

NUMBER 13-19-00153-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARC ANTHONY RAMOS,                                              Appellant,

v.

ALEC REAL ESTATE LLC AND
LUCINA T. GONZALEZ,                                              Appellees.

### On appeal from the County Court at Law No. 3
### of Bexar County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Longoria**

Appellant, Marc Anthony Ramos, appealed a judgment entered by the County

Court at Law No. 3 of Bexar County, Texas.[1]   On April 8, 2019, the Clerk of this Court

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001.

notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e).   *See* TEX. R. APP. P. 9.5(e).   The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of that notice.   On May 15, 2019, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days.   Appellant has not responded to the notice from the Clerk or corrected the defect.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time.   *See* TEX. R. APP. P. 42.3(b),(c).   The Court, having considered the documents on file, and appellant's failure to correct the defect, is of the opinion that the appeal should be dismissed.   *See id.* 37.3, 42.3(b),(c).   Accordingly, the appeal is DISMISSED for want of prosecution and failure to comply with a notice from the Court.   *See id.*

NORA L. LONGORIA
Justice

Delivered and filed the
13th day of June, 2019.